**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUINN D. STERLING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ESPITIA,<br><br>　　　　Defendant. | No. 1:22-cv-01097 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 11) |

Quinn D. Sterling filed this prisoner civil rights action under 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A, and found Plaintiff failed to state a cognizable claim on August 21, 2023. (Doc. 9.) The magistrate judge directed Plaintiff to file any amended complaint within 30 days; file a notice of voluntary dismissal; or inform the Court that he wished to stand on the allegations of the complaint, though it would be subject to dismissal. (*Id.* at 7-8.) In addition, the Court informed Plaintiff that if he failed to timely comply with the order, the action would be subject to dismissal. (*Id.* at 8.) Plaintiff did not file an amended complaint or otherwise respond to the Court's order.

On October 5, 2023, the magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the Court's order. (Doc. 11 at 2.) Therefore, the magistrate judge

1

recommended the action be dismissed without prejudice. (*Id.* at 5.) The Findings and Recommendations were served on Plaintiff and contained a notice that any objections were due within 14 days. (*Id.*) Plaintiff was also informed the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) He did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court performed a de novo review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendation are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on October 5, 2023 (Doc. 11) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: __**November 7, 2023**__                                    _____
UNITED STATES DISTRICT JUDGE

2